**Order entered May 5, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00444-CV
No. 05-15-00445-CV

**BRADLEY B. MILLER, Appellant**

**V.**

**TALLEY DUNN GALLERY, LLC AND TALLEY DUNN, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01598**

## ORDER

Based on a review of the record in these appeals, we **CONSOLIDATE**, on our own motion, appellate cause number 05-15-00445-CV into appellate cause number 05-15-00444-CV. We **DIRECT** the Clerk of the Court to remove all documents from appellate cause number 05-15-00445-CV and refile them in appellate cause number 05-15-00444-CV. For administrative purposes, appellate cause number 05-15-00445-CV is treated as a closed case. The parties shall now use only cause number 05-15-00444-CV when referencing the appeal.

We **GRANT** appellant's May 4, 2015 unopposed first motion to extend time to file brief and **ORDER** the brief addressing the two appealed orders be filed no later than June 12, 2015.

/s/     CRAIG STODDART
        JUSTICE